# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1985 | **DATE** | April 3, 2012 |
| **CASE TITLE** | Wiggins vs. City of Chgo et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion (Doc [4]) to proceed in forma pauperis is denied. Plaintiff must pay the $350 filing fee within thirty (30) days of the date of this Order to avoid the dismissal of his complaint. Plaintiff's motion (Doc [5]) for appointment of counsel is denied.

■[ For further details see text below.]    Docketing to mail notices.

# ORDER

This case comes before the Court on the motions of Arthur Wiggins, Jr. ("Wiggins") to proceed *in forma pauperis*, without prepayment of fees, and for appointment of counsel.

A litigant may proceed *in forma pauperis* if he is unable to pay the costs of commencing the action. 28 U.S.C. § 1915(a). According to Wiggins' financial affidavit, he is currently self-employed and earns $12,000 annually. In the past twelve months, Wiggins, or someone in his household, earned $48,000 from an unidentified source and at least $4,000 in quarterly college tuition refund payments. He owns a home valued at $50,000, which is currently in foreclosure, and maintains less than $200 in his bank accounts. Based on Wiggins' financial affidavit, he has not made a sufficient showing of indigence, and his motion to proceed *in forma pauperis* is denied. Wiggins must pay the $350 filing fee within thirty (30) days of the date of this Order to avoid the dismissal of his complaint.

**ORDER**

Turning now to Wiggins' motion for appointment of counsel, a district court may, in its discretion, request that an attorney represent a party if the party is unable to afford counsel. 28 U.S.C. §1915(e)(1). As discussed above, Wiggins has not made a sufficient showing of indigence. Accordingly, his motion for appointment of counsel is denied.

Date: April 3, 2012

*[signed]* Charles P. Kocoras

**CHARLES P. KOCORAS**
**U.S. District Judge**